SEYFARTH SHAW LLP
Aaron Belzer (SBN 238901)
abelzer@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California  90067-3021
Telephone:   (310) 277-7200
Facsimile:    (310) 201-5219

SEYFARTH SHAW LLP
Frederick T. Smith (*to be admitted pro hac vice*)
fsmith@seyfarth.com
Esther Slater McDonald (*to be admitted pro hac vice*)
emcdonald@seyfarth.com
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3958
Telephone:   (404) 885-1500
Facsimile:    (404) 892-7056

Attorneys for Defendant
FIRST ADVANTAGE BACKGROUND
SERVICES CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GOMEZ, as an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Foreign Corporation registered to do business in the State of Georgia; and JOHN DOES, 1-10 inclusive,<br><br>        Defendants. | Case No. 2:20-cv-9720<br><br>**DEFENDANT FIRST ADVANTAGE BACKGROUND SERVICES CORP.'S NOTICE OF RELATED CASES** |

Pursuant to Local Rule 83-1.3.1 of the United States District Court for the Central District of California, the undersigned, counsel of record for Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP., certifies that there is no case previously filed or currently pending in the Central District that is related to the above-entitled action. First Advantage has not received notice of any other action by Plaintiff Juan Gomez filed in this district against First Advantage, and First Advantage has not filed any action against Plaintiff in this district.

Date: October 22, 2020    SEYFARTH SHAW LLP

By: */s/Aaron Belzer*
Frederick T. Smith*
Esther Slater McDonald*
Aaron Belzer

Attorneys for Defendant
FIRST ADVANTAGE BACKGROUND SERVICES CORP.

*to be admitted *pro hac vice*