JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GOMEZ, as an individual,<br><br>       Plaintiff,<br><br>   v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP., a foreign corporation registered to do business in the State of Georgia,<br><br>       Defendants. | Case No. 2:20-cv-09720-JFW-KSx<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based on the Stipulation of the parties, and good cause appearing,

IT IS ORDERED:

1. Plaintiff's Complaint and all causes of action alleged therein are hereby dismissed with prejudice; and

2. Each party shall bear its own fees, costs, and expenses.

DATE: March 29, 2021

_____
Hon. John F. Walter
United States District Court Judge